E-FILED
Wednesday, 01 December, 2021 03:54:58 PM
Clerk, U.S. District Court, ILCD

FILED
DEC - 1 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 21-MJ-6191 |
| | ) | |
| | ) | |
| KEENAN DAVIS | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 12, 2021__ in the county of __Peoria__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 922(g) | defendant herein, having knowingly been previously convicted under the laws of the State of Illinois of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, a firearm. |

This criminal complaint is based on these facts:

**See attached Affidavit**

☑ Continued on the attached sheet.

s/Kevin Brown

*Complainant's signature*

KEVIN BROWN, ATF
*Printed name and title*

Sworn and subscribed to me telephonically pursuant to Fed. R. Crim. P. 41(d)(3) and Rule 4.1.

s/Jonathan E. Hawley

Date: 12/01/2021

*Judge's signature*

City and state: Peoria, Illinois

Jonathan E. Hawley, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT
# IN SUPPORT OF CRIMINAL COMPLAINT

## I. Background

I, Special Agent Kevin Brown, (hereinafter "Your Affiant"), do hereby depose and state the following:

1. Your Affiant is a Special Agent of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter "ATF"). Your Affiant has been a law enforcement officer since April 2009.

2. This affidavit is submitted in support of a criminal complaint alleging that **Keenan Davis** violated Title 18, United States Code, Section 922(g) (Felon in Possession of a Firearm).

3. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to me in this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

4. The statements contained within this Affidavit are based on: (a) my personal participation in this investigation; (b) information provided to me by other federal, state, and local law enforcement officers; (c) my training and experience and the training and experience of other law enforcement agents with whom I have spoken.

## II. Summary

5. On November 12, 2021, Peoria Police Officers observed a white Chevrolet Tahoe commit traffic violations. A traffic stop was initiated of that vehicle. Officers made contact with the sole occupant of the vehicle, **Keenan Davis**. As the first officer approached the driver's door, he could hear rustling around the center console area of the vehicle.

6. Due to a strong odor of cannabis, **Keenan Davis** was removed from the vehicle and a probable cause search was conducted. A large plastic bag containing approximately 30 grams of suspected cannabis was found in the left jacket pocket of **Keenan Davis**.

7. During a search of the vehicle, a Peoria Police officer recalled a 2018 case where **Keenan Davis** concealed two handguns in a void underneath the cupholders in the center console area of a similar vehicle. This officer pulled up on the cupholder and removed the plastic piece. The officer immediately observed a black handgun in the void under the cupholder. The handgun was loaded with 7 rounds of ammunition, including one in the chamber.

8. On December 1, 2021, Your Affiant listened to a jail call **Keenan Davis** placed to his mother on November 16, 2021 from the Peoria County Jail. **Keenan Davis's** mother asked him to please do right whenever he gets out of custody for this case. **Keenan Davis** responded by saying she doesn't need to worry about him ever touching another gun. His mother states that he is blessed that he hasn't been killed by a gun and that it is time for him to slow down.

9. The handgun is further described as a KelTec, Model: PF-9, 9mm pistol, SN: SLR42. This firearm was manufactured outside of the state of Illinois.

10. **Keenan Davis** has been previously convicted of a crime punishable by more than one year in prison.

s/Kevin Brown

Kevin D. Brown, Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn and subscribed to before me this 1st day of December, 2021:

s/Jonathan E. Hawley

Jonathan E. Hawley
United States Magistrate Judge
Peoria, Illinois

3